**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SETANTA SPORTS NORTH AMERICA LIMITED,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:09-cv-818-Orl-28GJK**

**PAUL S. PICKFORD, FAWLTY TOWERS TAVERN, INC.,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 24) filed January 25, 2010. The United States Magistrate Judge has submitted an amended report recommending that the motion be granted.[1]

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Amended Report and Recommendation filed May 21, 2010 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion for Default Judgment (Doc. No. 24) is **GRANTED**.

---

[1] The United States Magistrate Judge issued his original Report and Recommendation on April 8, 2010 (Doc. 25) and issued an Amended Report and Recommendation on May 21, 2010 (Doc. 27), amended to reflect recommendations regarding the quantification of damages.

3. Default judgment is entered against Defendants Paul S. Pickford and Fawlty Towers Tavern, Inc., jointly and severally, in the following amounts:

    a. One Thousand One Hundred Fifty Dollars and Zero Cents ($1,150.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

    b. Three Thousand Four Hundred Fifty Dollars and Zero Cents ($3,450.00) for enhanced damages for each Defendant's willful violation of 47 U.S.C. § 605(a) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); and

    c. Eight Hundred Ninety Six Dollars and Twenty Five Cents ($896.25) pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

4. The Clerk of the Court is directed to enter Judgment in favor of Plaintiff and against Defendants as set forth above and to thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __15th__ day of June, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge